**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EXEL TRANSPORTATION SERVICES, INC.**, a Delaware corporation, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | |
| **TOTAL TRANSPORTATION SERVICES LLC**, a Delaware corporation, **TOTAL TRANSPORTATION SERVICES LP**, a Delaware limited partnership, **MICHAEL JOSEPH MUSACCHIO**, an individual, **JOSEPH ROY BROWN**, an individual, **JOHN MICHAEL KELLY**, an individual, **STEVEN BRUCE BOWERS**, an individual, **DOUGLASS WILLIAM LIST**, an individual, and **HAROLD BYRD OPPENHEIMER**, an individual, | § § § § § § § § § § § § § | CIVIL ACTION NO. 3-06cv0593-R ECF |
| Defendants. | § | |

**AGREED MOTION TO DISMISS CLAIMS
WITH PREJUDICE AGAINST STEVEN BRUCE BOWERS**

Now comes Exel Transportation Services, Inc., Plaintiff in the above entitled and numbered cause, and files this Agreed Motion to Dismiss with Prejudice, and would show the Court that it does not wish to prosecute this action against Defendant Steven Bruce Bowers.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Exel Transportation Services, Inc. requests the Court to dismiss all causes of action against Defendant Steven Bruce Bowers in the above entitled and numbered cause with prejudice and with costs to be taxed against the party incurring same.

        Respectfully submitted,

        ____s/ Michael D. Anderson_____
        Marshall M. Searcy, Jr.
        State Bar No. 17955500
        Hugh G. Connor II
        State Bar No. 00787272
        Michael D. Anderson
        State Bar No. 24031699
        KELLY, HART & HALLMAN LLP
        201 Main Street, Suite 2500
        Fort Worth, Texas  76102-3194
        Telephone:  (817) 332-2500
        Telecopier:  (817) 878-9280

        **ATTORNEYS FOR PLAINTIFF**

AGREED:

____s/ Robert P. Oliver_____
Robert P. Oliver
Kessler & Collins
2100 Ross Avenue, Ste. 750
Dallas, TX  75201
rpo@kesslercollins.com

**ATTORNEY FOR DEFENDANT
STEVEN BRUCE BOWERS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2007, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court which will send a "Notice of Electronic Filing" to the following lead attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| L. James Berglund, II<br>Thompson & Knight – Dallas<br>1700 Pacific Avenue, Ste. 3300<br>Dallas, TX  75201-4693<br>james.berglund@tklaw.com | Robert P. Oliver<br>Kessler & Collins<br>2100 Ross Avenue, Ste. 750<br>Dallas, TX  75201<br>rpo@kesslercollins.com |
| Charles R. McConachie<br>Simpson Woolley & McConachie<br>2828 Routh Street, Ste. 700<br>Dallas, TX  75201<br>mcconachie@swmdallas.com | Jay J. Madrid<br>Winstead Sechrest & Minick<br>1201 Elm Street, Ste. 5400<br>Dallas, TX  75270<br>jmadrid@winstead.com |
| Patricia A. Nolan<br>Law Office of Patricia A. Nolan<br>8117 Preston Road, Ste. 300<br>Dallas, TX  75225<br>pnolan@nolanfirm.com | Ben L. Krage<br>Krage & Janvey<br>2100 Ross Avenue, Ste. 2600<br>Dallas, TX  75201<br>bkrage@kjllp.com |
| Jerry L. Beane<br>Andrews Kurth – Dallas<br>1717 Main Street, Ste. 3700<br>Dallas, TX  75201<br>jerrybeane@andrewskurth.com | Braden W. Sparks<br>Law Office of Braden W. Sparks<br>800 Preston Commons West<br>8117 Preston Road<br>Dallas, TX  75225<br>brady@sparkslaw.com |

                                              ___ s/ Michael D. Anderson _____
                                              Michael D. Anderson