IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXEL TRANSPORTATION SERVICES, INC., a Delaware corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:06-CV-0593-R |
| TOTAL TRANSPORTATION SERVICES, LLC, a Delaware corporation, et al., | § § § | ECF |
| Defendants. | § § | |

## JUDGMENT

It is ordered, adjudged, and decreed that this case is dismissed with prejudice.

It is so ordered.  September 27, 2007.

*[signature: Jerry Buchmeyer]*

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE